JULY 2, 1984

No. 83–1843. MITCHELL ET AL. *v.* SUPERIOR COURT OF CALIFORNIA, MARIN COUNTY (MOUNTANOS, REAL PARTY IN INTEREST). Appeal from Ct. App. Cal., 1st App. Dist., dismissed under this Court's Rule 53.

No. 83–1564. RUCKELSHAUS, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY *v.* UNION CARBIDE AGRICULTURAL PRODUCTS CO. ET AL. Appeal from D. C. S. D. N. Y. Judgment vacated and case remanded for further consideration in light of *Ruckelshaus* v. *Monsanto Co.*, 467 U. S. 986 (1984). JUSTICE WHITE took no part in the consideration or decision of this case.

No. 83–902. BOEING VERTOL CO. ET AL. *v.* EDWARDS. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cooper* v. *Federal Reserve Bank of Richmond*, 467 U. S. 867 (1984).

No. 83–1506. TERRY *v.* BOTHKE. C. A. 9th Cir. Motion of respondent for damages denied. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Davis* v. *Scherer, ante,* p. 183.

No. A–888. PEARCE *v.* UNITED STATES. Application for bail, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–974. WISCONSIN ELECTIONS BOARD ET AL. *v.* REPUBLICAN PARTY OF WISCONSIN ET AL. Motion to vacate the stay, heretofore entered by the Court on June 7, 1984 [467 U. S. 1232], denied.